# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CALVIN J. HILL, INDIVIDUALLY
AND AS THE EXECUTOR OF THE
SUCCESSION OF ELNORA JOHNSON
HILL

VERSUS

TMR EXPLORATION, INC., PARK
EXPLORATION, INC., AND VITOL
RESOURCES, INC.

NO.  2021 CW 1508

**MARCH 28, 2022**

---

In Re:   New Hampshire Insurance Company, National Union Fire
Insurance Company of Pittsburgh, PA., and AIG
Specialty Insurance Company, applying for supervisory
writs, 18th Judicial District Court, Parish of West
Baton Rouge, No. 41245.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT